UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-11574 |
| CALLIE M. LAMPE | : | |
| | | JUDGE BETH A. BUCHANAN |
| | : | |
| DEBTORS | | (CHAPTER 13) |
| | : | |

................................................................

MARGARET A. BURKS, TRUSTEE     ADVERSARY CASE NO. 20-1039

       Plaintiff

-VS-

REDBRICK FINANCIAL GROUP, INC., et al

       Defendants

**NOTICE OF DISMISSAL PURSUANT TO FED.R.BANKR.P. 7041**

    Comes now Margaret A. Burks, Trustee, who dismisses the above captioned action because creditor RedBrick Financial Group, Inc. has amended Claim 4 on September 21, 2020 to confirm that said claim should be administered as an unsecured claim; and because on January 7, 2021, the UCC lien which is the subject of this adversary was release of record in Clermont County's Recorder's office at O.R. 2865, p. 1986.

                          Respectfully submitted,

                          /s/ <u>Francis J. DiCesare, Esq.</u>
                              Margaret A. Burks, Esq.
                              Chapter 13 Trustee
                              Attorney Reg. No. OH 0030377

        600 Vine Street, Suite 2200
        Cincinnati, Ohio  45202
        513 621-4488
        513 621-2643 (facsimile)
        Cincinnati@cinn13.org    service
        fdicesare@cinn12.org     contact

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Dismissal was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on January 19, 2021 addressed to:

REDBRICK FINANCIAL GROUP, INC.
1415 28TH ST., SUITE 315
WEST DES MOINES, IA 50266

Callie M. Lampe
4524 Forest Haven Lane
Batavia, Ohio 45103

Concord Servicing Corp.
4150 N. Drinkwater Blvd., Suite 200
Scottsdale, AZ 85251-3643

        /s/ Francis J. DiCesare
        Francis J. DiCesare
        Staff Attorney
        600 Vine Street, Suite 2200
        Cincinnati, Ohio  45202